# EXHIBIT 1

```
STATE OF SOUTH  DAKOTA)                    IN CIRCUIT COURT
                      : SS.
COUNTY    OF   LINCOLN)            SECOND JUDICIAL CIRCUIT
```

```
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                 *
OWNERS INSURANCE COMPANY,        *          41CIV22-
                                 *
             Plaintiff,          *
                                 *
    -vs-                         *
                                 *          SUMMONS
TK HOMES, INC.,                  *
                                 *
             Defendant.          *
                                 *
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED and required to serve upon Richardson, Wyly, Wise, Sauck & Hieb, LLP, plaintiff's attorneys, whose address is One Court Street, Aberdeen, South Dakota, an Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated this 9th day of December, 2022.

```
                    RICHARDSON, WYLY, WISE, SAUCK
                      & HIEB, LLP


                    By _____
                      Attorneys for Plaintiff


                    Ryan S. Vogel
                    One Court Street
                    Post Office Box 1030
                    Aberdeen, SD 57402-1030
                    Telephone: (605)225-6310
                    E-mail:   RVogel@rwwsh.com
```

```
STATE OF SOUTH  DAKOTA)                    IN CIRCUIT COURT
                       : SS.
COUNTY   OF   LINCOLN)             SECOND JUDICIAL CIRCUIT
```

```
 * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                 *
OWNERS INSURANCE COMPANY,        *         41CIV22-
                                 *
          Plaintiff,             *
                                 *
    -vs-                         *
                                 *         COMPLAINT
TK HOMES, INC.,                  *
                                 *
          Defendant.             *
                                 *
 * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

COMES NOW, the Plaintiff, Owners Insurance Company ("Owners"), by and through its attorney, Ryan S. Vogel, of Richardson, Wyly, Wise, Sauck & Hieb, LLP, and for its Complaint states and alleges as follows:

1.   This is a declaratory judgment action under SDCL 21-24 to declare the rights and duties and the existence or non-existence of insurance coverage.

## PARTIES

2.   Owners is an insurance company organized under the laws of the state of Michigan and authorized to do business in and write insurance in the state of South Dakota.

3.   Defendant TK Homes, Inc. ("TK Homes") is a South Dakota corporation with its principal office located at 5015 S. Ash Grove Avenue, Sioux Falls, Lincoln County, South Dakota.

4.   TK Homes is a company that performs residential construction.

5.   Owners issued a policy of insurance to TK Homes numbered 154610-77323095-21 ("Policy") which was applicable for the policy period of April 13, 2021 to April 13, 2022.  A true and correct copy of the policy is attached as Exhibit A and incorporated by this reference.

## BACKGROUND

6.   Owners incorporates the previous paragraphs herein by this reference.

7.   On October 18, 2022, the Dianne K. Huisken Trust ("Trust") filed suit against TK Homes in the Second Judicial Circuit, Lincoln County, South Dakota alleging defective workmanship/negligence by TK Homes.  A true and correct copy of the Complaint is attached as Exhibit B and incorporated by this reference.

8.   The Trust asserts that TK Homes built a speculative residential structure ("House") on Lot 36, Block 1 of the Heather ridge II Addition, Sioux Falls, Lincoln County, South Dakota in 2013.

9.   On January 7, 2014, the Trust entered into a purchase agreement with TK Homes to purchase the House.

10.  Kurt and Dianne Huisken were the first occupants of the House.

11.  The Trust alleges TK Homes built the House one (1) to two (2) feet lower than called for in the plans and specifications and below the Minimum Grade Elevation approved on the building permit application.

12.  Due to the House being built at a lower elevation than required, surface water has entered the real property upon which the House is located on several occasions, including in 2021.

13.  The Trust alleges it has "suffered damages in an amount to be determined at trial, but no less than the cost of correcting those issues created by [TK Homes'] negligence and defective, faulty workmanship and restoring the Huisken Property to the extent it is built in accordance with the plans and specifications applicable to its initial construction".

14.  Owners has sent TK Homes a reservation of rights letter, explaining its coverage position.

## POLICY LANGUAGE

15.  Owners incorporates the previous paragraphs herein by this reference.

16.  The Policy's **COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CG 00 01 04 13)** includes the following language:

**SECTION I – COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

         No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

       (3)    Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

17. The Policy also includes the following definitions language:

### SECTION V – DEFINITIONS

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful condition.

16. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injury. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

    For the purposes of this insurance, electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data

processing devises or any other media which
are used with electronically controlled
equipment.

## <u>COUNT ONE – DECLARATORY JUDGMENT</u>

18.   Owners incorporates the previous paragraphs herein by this
reference.

19.   Pursuant to the Policy's terms, it only applies if there is
"property damage" caused by an "occurrence".

20.   There are no facts that demonstrate there was "property
damage" caused by and "occurrence" as required by the Policy.

21.   Owners seeks a declaration that TK Homes is not entitled to
coverage under the Policy.

22.   An actual controversy of a justifiable nature exists between
Owners and TK Homes involving the rights, obligations, and
liabilities of the parties under the Policy.

WHEREFORE, Owners prays as follows:

A.   That this Court enter an Order finding and declaring that
Owners has no obligation to defend or indemnify TK Homes or
pay any judgment arising from the claims of the Trust;

B.   That this Court award costs and disbursements to Owners; and

C.   For such other and further relief as the Court deems just and
equitable.

Dated this 20th day of December, 2022.

RICHARDSON, WYLY, WISE, SAUCK
  & HIEB, LLP

By _____
   Attorneys for Plaintiff

Ryan S. Vogel
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No.(605)225-6310
E-mail:  RVogel@rwwsh.com

59511 (10-19)

10-0080-00
BOEN & ASSOCIATES INC
PO BOX 89010
SIOUX FALLS  SD  57109-1006



**INSURANCE**

LIFE • HOME • CAR • BUSINESS

PO Box 30660  •  Lansing, MI 48909-8160
517.323.1200

03-09-2021                                        Owners Insurance Company

> You can view your policy or change your paperless options at
> any time online at www.auto-owners.com.

T K HOMES INC
5015 S ASH GROVE AVE
SIOUX FALLS  SD  57108-4702

Your agency's phone number is 605-336-0425.

RE:  Policy 154610-77323095-21

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility requirements, coverages and rates. Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company and program may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised of six property and casualty companies and a life insurance company.

*Serving Our Policyholders and Agents Since 1916*

**EXHIBIT**

**A**

16874 (9-19)

# NOTICE OF CHANGE IN POLICY TERMS
# ACTUAL CASH VALUE AND DEPRECIATION

Dear Policyholder:

Form 16859 (7-19) has been added to your policy.  This clarifies the definition of Actual Cash Value and Depreciation as used in your policy.  This change could be construed as a reduction in coverage.

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

If you have questions concerning this notice, please contact your Auto-Owners agent.

16874 (9-19)                                                                                          Page 1 of 1

---

55068 (8-89)

# IMPORTANT POLICYHOLDER MESSAGE

Dear Policyholder:

RE: YOUR SUBCONTRACTED WORK

Your policy has a subcontracted work classification.  The subcontracted work classification requires that your sub-contractors are "adequately insured subcontractors".  We define an "adequately insured subcontractor" to be a sub-contractor who carries commercial general liability insurance.

If your subcontractors are not "adequately insured subcontractors", they will be classified and rated as your employees and charged a premium which best describes their work.  This classification procedure will result in a substantial additional premium charge to you at final audit.

We suggest that you take immediate steps to qualify your subcontractors as "adequately insured subcontractors" to avoid any additional premium charges at final audit.

If you have any questions, please contact your Auto-Owners Agent.

Auto-Owners Insurance

55068 (8-89)                                                                                          Page 1 of 1

59390 (11-20)

# NOTIFICATION OF POSSIBLE CHANGES
# IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2027 unless the Federal government extends the Act.  What this means to you is the following:

1.  Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2027.

2.  A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3.  The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4.  A premium charge for the conditional endorsement will be applied effective January 1, 2028.  The premium will be pro rated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend.  Revised Declarations will be mailed to you after January 1, 2028.

5.  If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6.  If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

59325 (12-19)

# NOTICE OF PRIVACY PRACTICES

## What We Do To Protect Your Privacy

At Auto-Owners Insurance Group*, we value your business and we want to retain your trust.  In the course of providing products and services, we may obtain nonpublic personal information about you.  We assure you that such information is used only for the purpose of providing our products and services to you.

## Protecting Confidentiality

Our agents and Company associates may have access to nonpublic personal information only for the purpose of providing our products or services to you.  We maintain physical, electronic and procedural safeguards against unauthorized use of your nonpublic personal information.

## Information We Obtain

To assist in underwriting and servicing your policy, we may obtain nonpublic personal information about you.  For example, we routinely obtain information through applications, forms related to our products or services, from visiting www.auto-owners.com, and your transactions with us.  We may obtain such information from our affiliates, independent insurance agents, governmental agencies, third parties, or consumer reporting agencies.

The type of information that we collect depends on the product or service requested, but may include your name, address, contact information, social security number, credit history, claims history, information to properly investigate and resolve any claims, or billing information.  We may obtain your medical history with your permission.  The nature and extent of the information we obtain varies based on the nature of the products and services you receive.

## The Internet and Your Information

If you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement at www.auto-owners.com/privacy.

Generally, Auto-Owners may use cookies, analytics, and other technologies to help us provide users with better service and a more customized web experience.  Our business partners may use tracking services, analytics, and other technologies to monitor visits to www.auto-owners.com.  The website may use web beacons in addition to cookies.  You may choose to not accept cookies by changing the settings in your web browser.

Information obtained on our websites may include IP address, browser and platform types, domain names, access times, referral data, and your activity while using our site; who should use our web site; the security of information over the Internet; and links and co-branded sites.

## Limited Disclosure

Auto-Owners Insurance Group companies do not disclose any nonpublic personal information about their customers or former customers except as permitted by law.  We do not sell your personal information to anyone.  We do not offer an opportunity for you to prevent or "opt out of" information sharing since we only share personal information with others as allowed by law.

When sharing information with third parties to help us conduct our business, we require them to protect your personal information.  We do not permit them to use or share your personal information for any purpose other than the work they are doing on our behalf or as required by law.

The types of information disclosed may include personal information we collect as necessary to service your policy or account, investigate and pay claims, comply with state and federal regulatory requests or demands, and process other transactions that you request.  Third parties that receive disclosures may include your independent agent, regulators, reinsurance companies, fraud prevention agencies, or insurance adjusters.

## How Long We Retain Your Information

We generally retain your information as long as reasonably necessary to provide you services or to comply with applicable law and in accordance with our document retention policy.  We may retain copies of information about you and any transactions or services you have used for a period of time that is consistent with applicable law, applicable statute of limitations or as we believe is reasonably necessary to comply with applicable law, regulation, legal process or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our services, to assist with investigations, to enforce other applicable agreements or policies or to take any other actions consistent with applicable law.

In some circumstances we may anonymize your personal information (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice to you.  This allows the specific information collected (name, email, address, phone number, etc.) to become anonymous, but allows Auto-Owners to keep the transaction or engagement data.

## Changes to the Privacy Policy

We will provide a notice of our privacy policy as required by law.  This policy may change from time to time, but you can always review our current policy by visiting our website at www.auto-owners.com/privacy or by contacting us.

## Contact Us

Auto-Owners Insurance Company
Phone: 844-359-4595 (toll free)
Email: privacyrequest@aoins.com

*Auto-Owners Insurance Group includes, Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company and Southern-Owners Insurance Company.

# *Tailored Protection Insurance Policy*

***Owners Insurance Company***

In witness whereof, we, the Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary

President

55003 (7-12)

# *Owners*

Page   1

Issued        03-09-2021

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY   BOEN & ASSOCIATES INC
10-0080-00      42      MKT TERR 036      605-336-0425

Renewal Effective        04-13-2021

**POLICY NUMBER**        154610-77323095-21

INSURED   T K HOMES INC

Company Use        77-46-SD-1504

ADDRESS   5015 S ASH GROVE AVE

SIOUX FALLS  SD  57108-4702

| Company Bill | Policy Term | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | 04-13-2021 to | 04-13-2022 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

55039 (11-87)

## COMMON POLICY INFORMATION

**Business Description:**      Remodeling

**Entity:**      Corporation

**Program:**      Premier Contractors

| | PREMIUM |
|---|---|
| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | |
| COMMERCIAL GENERAL LIABILITY COVERAGE | |
| COMMERCIAL INLAND MARINE COVERAGE | |
| MINIMUM PREMIUM ADJUSTMENT (IM) | |
| **TOTAL** | |
| **PAID IN FULL DISCOUNT** | |
| **TOTAL POLICY PREMIUM IF PAID IN FULL** | |
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
| The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums. | |

Premium shown above for commercial general liability coverage is an advanced premium deposit and may be subject to audit.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85)      55003  (07-12)      59390  (11-20)

A 05% Cumulative Multi-Policy Discount applies.  Supporting policies are marked with an (X):
Comm Umb( )  Comm Auto(X)  WC( )  Life( )  Personal( )  Farm( ).

A merit rating plan factor of 0.95 applies.

Countersigned By: _____

Owners Ins. Co.                                                                          Issued       03-09-2021

AGENCY   BOEN & ASSOCIATES INC                              Company   **POLICY NUMBER   154610-77323095-21**
         10-0080-00      42     MKT TERR 036                Bill                        77-46-SD-1504

INSURED   T K HOMES INC                                                 Term  04-13-2021  to  04-13-2022

55040 (11-87)

## COMMERCIAL GENERAL LIABILITY COVERAGE

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | |
| (Other Than Products-Completed Operations) | |
| Products-Completed Operations Aggregate | |
| Personal And Advertising Injury | |
| Each Occurrence | |
| **COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT** | |
| Damage to Premises Rented to You | Any One Premises |
| (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | Any One Person |
| Hired Auto & Non-Owned Auto | Each Occurrence |
| Expanded Coverage Details See Form: | |
| Extended Watercraft | |
| Personal Injury Extension | |
| Broadened Supplementary Payments | |
| Broadened Knowledge Of Occurrence | |
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55885.

**AUDIT TYPE:**  Annual Audit

Forms that apply to this coverage:

| | | | | |
|---|---|---|---|---|
| 59350   (01-15) | 55405   (07-08) | 55146   (06-04) | 55068   (08-89) | IL0021  (07-02) |
| IL0017  (11-85) | CG0144  (10-11) | CG2106  (05-14) | 55091   (05-17) | CG2167  (12-04) |
| 59325   (12-19) | CG0001  (04-13) | IL0232  (09-08) | 55513   (05-17) | CG2109  (06-15) |
| 55029   (05-17) | CG2196  (03-05) | CG2132  (05-09) | CG2147  (12-07) | 55885   (05-17) |
| 59390   (11-20) | | | | |

Page   3

Owners Ins. Co.                                                                                          Issued      03-09-2021

AGENCY   BOEN & ASSOCIATES INC                                        Company    **POLICY NUMBER   154610-77323095-21**
         10-0080-00      42      MKT TERR 036                         Bill                          77-46-SD-1504

INSURED   T K HOMES INC                                                               Term   04-13-2021   to   04-13-2022

---

### LOCATION 0001 - BUILDING 0001

**Location:**  5015 S Ash Grove Ave, Sioux Falls, SD 57108-4702
**Territory:**  001                                              **County:**  Lincoln

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | ■ | ■ | ■ |
| Premier Contractors Class Carpentry - Residential 1-3 Stories | 21340 | Prem/Op Prod/Comp Op | | | |
| Premier Contractors Class Sub-Contracted Work | 21585 | Prem/Op Prod/Comp Op | | | |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | ■ |
| **LOCATION 0001** | |

16198 (07-87)

---

### COMMERCIAL INLAND MARINE COVERAGE

**COVERAGES PROVIDED**

Insurance applies to covered property for which a limit of insurance is shown.

Forms that apply to Inland Marine:

| | | | | |
|---|---|---|---|---|
| 59350   (01-15) | 16381   (07-08) | 16463   (02-08) | 16727   (10-11) | 16080   (07-13) |
| 59325   (12-19) | 16859   (07-19) | 59390   (11-20) | | |

---

### LOCATION 0001 - BUILDING 0001

**Location:**  5015 S Ash Grove Ave, Sioux Falls, SD 57108-4702

**Rating Information for INSTALLATION FLOATER**
Territory: 041                                              County: Lincoln
Program: Premier Contractors

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| INSTALLATION FLOATER INSTALLATION FLOATER - SPECIAL FORM  Aggregate Limit for Property at All  Installation Locations  Property at Any One Installation Location  Property While in Transit  TOTAL FOR THIS COVERAGE: | | ■ | ■ | ■ | ■ |

Page 4

Owners Ins. Co.                                                             Issued      03-09-2021

AGENCY   BOEN & ASSOCIATES INC                    Company   **POLICY NUMBER   154610-77323095-21**
         10-0080-00      42    MKT TERR 036        Bill                          77-46-SD-1504

INSURED   T K HOMES INC                                            Term  04-13-2021  to  04-13-2022

Forms that apply to this location:
16082   (12-02)

| COMMERCIAL INLAND MARINE COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 16381, 59390 | |
| **LOCATION 0001** | |

A single deductible applies per claim.  If more than one item is involved in a claim, the single highest applicable deductible amount is used.

55029 (5-17)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SECTION I - COVERAGES** is amended.
1.  **COVERAGE A - BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY**, **2. Exclusions** is amended.  The following exclusion is added. This insurance does not apply to:
    Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, re-lease, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pollutants", toxic elements or materials.
2.  **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**, **2. Exclusions** is amended. The following exclusion is added. This insurance does not apply to:
    Any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal,

release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pol-lutants", toxic elements or materials.
3.  **COVERAGE C - MEDICAL PAYMENTS**, **2. Exclusions** is amended.  The following exclusion is added.
    We will not pay expenses for "bodily injury":
    For any claim, "suit", action or proceeding against any insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos-related particles, dust, irritants, contaminants, "pol-lutants", toxic elements or materials.

All other policy terms and conditions apply.

55885 (5-17)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed:

**SECTION III – LIMITS OF INSURANCE** is amended.
The following provision is added.
Beginning with the effective date of this policy, we will provide twice the General Aggregate Limit (other than Products-Completed Operations), shown in the Declarations.
If this policy is written for more than one 12 month period, the General Aggregate Limit for each 12

month period shall never exceed twice the General Aggregate Limit shown in the Declarations. The General Aggregate Limit applies separately to each 12 month period starting with the beginning of the policy period shown in the Declarations.

All other policy terms and conditions apply.

55091 (5-17)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY PLUS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. **EXTENDED WATERCRAFT LIABILITY**
   **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended. Exclusion **g.(2)** is deleted and is replaced by the following exclusion.
   (2) A watercraft you do not own that is:
      (a) Less than 50 feet long; and
      (b) Not being used to carry persons or property for a charge;

2. **HIRED AUTO AND NON-OWNED AUTO LIABILITY**
   Coverage for "bodily injury" and "property damage" liability provided under **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, is extended as follows under this item, but only if you do not have any other insurance available to you which affords the same or similar coverage.

   **Coverage**
   We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of the maintenance or use of an "auto":
   **a.** You do not own;
   **b.** Which is not registered in your name; or
   **c.** Which is not leased or rented to you for more than ninety consecutive days
   and which is used in your business.

   **Exclusions**
   With respect to only **HIRED AUTO AND NON-OWNED AUTO LIABILITY**, the exclusions which apply to **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, other than the Nuclear Energy Liability Exclusion Endorsement, do not apply. The following exclusions apply to this coverage.

This coverage does not apply to:
**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.
**b.** Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.
**c.** (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":
   (a) That are, or are contained in any property that is:
      1) Being transported or towed by, handled or prepared for placement into or upon, or taken from the "auto";
      2) Otherwise in the course of transit by you or on your behalf; or
      3) Being disposed of, stored, treated or processed into or upon the "auto";
   (b) Before such "pollutants" or property containing "pollutants" are moved from the place they are accepted by you or anyone acting on your behalf for placement into or onto the "auto"; or
   (c) After such "pollutants" or property containing "pollutants" are removed from the "auto" to where they are delivered, disposed of or abandoned by you or anyone acting on your behalf.
   Paragraph **c.(1)(a)** does not apply to "pollutants" that are needed or result from the normal mechanical, electrical or hydraulic functioning of the "auto" or its parts, if the discharge, release, escape, seepage, migration or dispersal of such "pollutants" is directly from a part of the "auto" designed to hold, store, receive or dispose of such "pollutants" by the "auto" manufacturer.

Paragraphs **c.(1)(b)** and **c.(1)(c)** do not apply, if as a direct result of maintenance or use of the "auto", "pollutants" or property containing "pollutants" which are not in or upon the "auto", are upset, overturned or damaged at any premises not owned by or leased to you. The discharge, release, escape, seepage, migration or dispersal of the "pollutants" must be directly caused by such upset, overturn or damage.

(2) Any loss, cost or expense arising out of any:
    (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or
    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**d.** "Bodily injury" or "property damage" however caused, arising directly or indirectly, out of:
    (1) War, including undeclared or civil war;
    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
    (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**e.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
    (1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".
    (2) That the insured would have in the absence of the contract or agreement.

**f.** "Property damage" to:
    (1) Property owned or being transported by, or rented or loaned to any insured; or
    (2) Property in the care, custody or control of any insured other than "property damage" to

a residence or a private garage by a private passenger "auto" covered by this coverage.

**g.** (1) "Bodily injury" to:
    (a) An "employee" of the insured arising out of and in the course of employment by the insured; or
    (b) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **g.(1)(a)**.
(2) This exclusion applies:
    (a) Whether the insured may be liable as an employer or in any other capacity; and
    (b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.
(3) This exclusion does not apply to:
    (a) Liability assumed by the insured under an "insured contract".
    (b) "Bodily injury" to any "employee" of the insured arising out of and in the course of his or her domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**Who Is An Insured**
With respect to only this coverage, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following provision.
**SECTION II - WHO IS AN INSURED**
**a.** Each of the following is an insured with respect to this coverage.
    (1) You.
    (2) Your partners if you are designated in the Declarations as a partnership or a joint venture.
    (3) Your members if you are designated in the Declarations as a limited liability company.
    (4) Your "executive officers" if you are designated in the Declarations as an organization other than a partnership, joint venture or limited liability company.
    (5) Any person using the "auto" and any person or organization legally responsible for the use of an "auto" not owned by such person or organization, provided the actual use is with your permission.
**b.** None of the following is an insured:
    (1) Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-"employee" of such person injured in the course of employment.
    (2) Any person using the "auto" and any person other than you, legally responsible for its use with respect to an "auto" owned or registered in the name of:

**(a)** Such person; or

**(b)** Any partner or "executive officer" of yours or a member of his or her household; or

**(c)** Any "employee" or agent of yours who is granted an operating allowance of any sort for the use of such "auto".

**(3)** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate.

**(4)** The owner or lessee (of whom you are a sub-lessee) of a hired "auto" or the owner of an "auto" you do not own or which is not registered in your name which is used in your business or any agent or employee of any such owner or lessee.

**(5)** Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**Additional Definitions**
The following definition applies to only this coverage. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**Limits of Insurance**
With respect to only this coverage, **SECTION III - LIMITS OF INSURANCE** is deleted and replaced by the following provision.
**SECTION III - LIMITS OF INSURANCE**

**a.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**b.** We will pay damages for "bodily injury" or "property damage" up to the limits of liability shown in the Declarations for this coverage.  Such damages shall be paid as follows:

**(1)** When Hired Auto and Non-Owned Auto Each Occurrence Limit is shown in the Declarations, such limit is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" and "property damage" in any one "occurrence".

**(2)** When Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence Limit and Property Damage Hired Auto and Non-Owned Auto Each Occurrence Limit are shown in the Declarations:

**(a)** The limit shown for Bodily Injury Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "bodily injury" in any one "occurrence".

**(b)** The limit shown for Property Damage Hired Auto and Non-Owned Auto Each Occurrence is the total amount of coverage and the most we will pay for all damages because of or arising out of all "property damage" in any one "occurrence".

**3.** **BROADENED SUPPLEMENTARY PAYMENTS**
**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**, Paragraph **1.d.** is amended.
The amount we will pay for the actual loss of earnings is increased from $250 per day to $400 per day.

**4.** **ADDITIONAL PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT**
If the endorsement, EXCLUSION - PRODUCTS COMPLETED OPERATIONS HAZARD, CG 21 04, is not attached to this policy, then the following provision is added to **SECTION III - LIMITS OF INSURANCE**.
Commencing with the effective date of this policy, we will provide one additional Products-Completed Operations Aggregate Limit, for each annual period, equal to the amount of the Products-Completed Operations Aggregate Limit shown in the Declarations.  The maximum Products-Completed Operations Aggregate Limit for any annual period will be no more than two times the original Products-Completed Operations Aggregate Limit.

**5.** **PERSONAL INJURY EXTENSION**

**a.** If the endorsement EXCLUSION - PERSONAL AND ADVERTISING INJURY, CG 21 38, is attached to this policy, then this provision, **5.** PERSONAL INJURY EXTENSION, does not apply.

**b.** If the endorsement EXCLUSION - PERSONAL AND ADVERTISING INJURY, CG 21 38, is not attached to this policy, then under **SECTION V - DEFINITIONS**, **14.** "Personal and advertising injury" is deleted and replaced by the following definition.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private

occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement";

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement"; or

**h.** Discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation or sexual harassment.

**6.** **BROADENED KNOWLEDGE OF OCCURRENCE**
SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is amended. The following condition is added.
Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice as soon as practicable after an "occurrence" or an offense which may result in a claim:

**a.** If the notice of a new claim is given to your "employee"; and

**b.** That "employee" fails to provide us with notice as soon as practicable.

This exception shall not apply to you or to any officer, director, partner, risk manager or insurance manager of yours.

**7.** **DAMAGE TO PREMISES RENTED TO YOU**

**a.** **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended.

**(1)** The last paragraph is deleted and replaced by the following paragraph.
Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or water damage to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **7. DAMAGE TO PREMISES RENTED TO YOU, b.** Limits of Insurance.

**(2)** The following additional exclusions apply to "property damage" arising out of water damage to premises rented to you or

temporarily occupied by you with permission of the owner.

**(a)** "Property damage" to:

**1)** The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not; or

**2)** Heating, air conditioning, plumbing or fire protection systems, or other equipment or appliances.

**(b)** "Property damage" caused by or resulting from any of the following:

**1)** Mechanical breakdown, including bursting or rupture caused by centrifugal force;

**2)** Cracking, settling, expansion or shrinking;

**3)** Smoke or smog;

**4)** Birds, insects, rodents or other animals;

**5)** Wear and tear;

**6)** Corrosion, rust, decay, fungus, deterioration, hidden or latent defect or any quality in property that causes such property to destroy or damage itself; or

**7)** Water that flows or leaks from any heating, air conditioning, plumbing or fire protection system caused by or resulting from freezing, unless:

**a)** You make a reasonable effort to maintain heat in the building or structure; or

**b)** You drain the equipment and shut off the water supply if the heat is not maintained.

**(c)** "Property damage" caused directly or indirectly by any of the following:

**1)** Water that backs up from a drain or sewer;

**2)** Mud flow or mudslide;

**3)** Volcanic eruption, explosion or effusion;

**4)** Any earth movement, such as earthquake, landslide, mine subsidence, earth sinking, earth rising or earth shifting;

**5)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether wind driven or not; or

**6)** Water under the ground surface pressing on, or seeping or flowing through:

**a)** Walls, foundations, floors or paved surfaces;

**b)** Basements, whether paved or not; or

**c)** Doors, windows or other openings.

**(d)** "Property damage" for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of this contract or agreement.

**b. Limits of Insurance**

With respect to this coverage only, under **SECTION III - LIMITS OF INSURANCE**, Paragraph **6.** is deleted and replaced by the following Paragraph.

**6.** The most we will pay under Coverage **A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with permission of the owner arising out of or caused by fire, lightning, explosion, smoke and water damage is the amount shown in the Declarations under Damage to Premises Rented to You.

**c. SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance**, Paragraph **b.** is amended. The word fire is amended to include fire, lightning, explosion, smoke or water damage.

**8. BLANKET ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

**a. (1) SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(a)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

**(b)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured.

**(2)** This provision applies only with respect to liability for:

**(a)** "Bodily injury";

**(b)** "Property damage"; or

**(c)** "Personal and advertising injury"

caused in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**b.** With respect to the insurance afforded to an additional insured, this insurance does not apply

to any "occurrence" which takes place after the equipment lease expires.

**c.** The following provision is added to **SECTION III - LIMITS OF INSURANCE**.

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the lessor, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**9. BLANKET ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

**a. SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you.

**b.** This provision is subject to the following additional exclusions.

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(2)** Structural alterations, new constructions or demolition operations performed by or on behalf of the additional insured.

**c.** The following provision is added to **SECTION III - LIMITS OF INSURANCE**.

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the manager or lessor of the premises, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**10. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

**SECTION II - WHO IS AN INSURED** is amended. Paragraph **3.** is deleted and replaced by the following provision.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain

ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.  Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b.  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c.  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

11.  **BLANKET WAIVER OF SUBROGATION SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended. The following provision is added to **8. Transfer Of Rights of Recovery Against Others To Us**.

When you have agreed to waive your right of subrogation in a written contract, executed prior to loss, with any person or organization, we waive any right to recovery we may have against such person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

All other policy terms and conditions apply.

COMMERCIAL GENERAL LIABILITY
55146 (6-04)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UPSET AND OVERSPRAY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed the coverage for "property damage" liability with respect to your operations is extended as follows:

**1.  COVERAGE**

We will pay those sums which you become legally obligated to pay for "property damage" caused directly by immediate, abrupt and accidental:

**a.**  Upset, overturn or collision of your "mobile equipment" while transporting; or

**b.**  "Overspray" during your application or dispersal of

"pollutants" which are intended for and normally used in your operations.  The operations must be in compliance with local, state, and federal ordinances and laws.

This is not an additional amount of insurance and does not increase the Limits of Insurance stated in the Declarations.

**2.  EXCLUSIONS**

**a.**  With regard only to the coverage provided by this endorsement, Exclusion **f.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**  is deleted and replaced by the following:

**f.  Pollution**

Any loss, cost or expense arising out of any:

**(1)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)**  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

However, this paragraph does not apply to liability for damages because of covered "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

55146 (6-04)              Copyright, Insurance Services Office, Inc., 2000                        Page 1 of 2

**b.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

This coverage does not apply to "overspray" resulting from aerial application or dispersal of "pollutants".

**3. DEDUCTIBLE**

Any deductible provision of the policy which is applicable to Property Damage Liability coverage applies to this coverage extension.

**4. DEFINITIONS**

The following definition applies in addition to those in the policy.

"Overspray" means spray, from a device specifically designed for spray application or dispersal, that goes beyond the entire area of intended application or dispersal.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A.  Applicability Of This Endorsement**

1.  **The provisions of this endorsement will apply if and when one of the following situations occurs:**

    a.  **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

    b.  **The Program is renewed, extended or otherwise continued in effect:**

        (1)  **With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

        (2)  **We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

2.  **When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism**

endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3.  **If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect.  However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

**B.**  The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1.  That involve the following or preparation for the following:

    a.  Use or threat of force or violence; or

    b.  Commission or threat of a dangerous act; or

Agency Code 19-0080-00                                                                    Policy Number 154610-77323095

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**Exclusion Of "Terrorism"**
We will not pay for "bodily injury", "property damage", "personal injury" or "advertising injury" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". All "bodily injury", "property damage", "personal injury" or "advertising injury" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Agency Code 19-0080-00                                          Policy Number 154610-77323095

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYER'S LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** is amended.  Exclusion **e. Employer's Liability** is deleted and replaced by the following exclusion.

   **e.** **Employer's Liability**

      "Bodily injury" to:

      **(1)** An "employee" of any insured arising out of and in the course of employment by any insured; or

      **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **e.(1)**.

      This exclusion applies:

      **(1)** Whether any insured may be liable as an employer or in any other capacity; and

      **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

      This exclusion does not apply to liability assumed by any insured under an "insured contract".

**B.** **SECTION II - WHO IS AN INSURED** is amended.  Paragraph **1.** is deleted and replaced by the following paragraph for purposes of this endorsement only.

   **1.**  **a.**  If you are designated in the Declarations as:

      **(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

      **(2)** A partnership or joint venture, you are an insured.  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

      **(3)** A limited liability company, you are an insured.  Your members are also insureds, but only with respect to the conduct of your business.

      **(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.

      **(5)** A trust, you are an insured.  Your trustees are also insureds, but only with respect to their duties as trustees.

   **b.** However, with respect to paragraphs **1.a.(1)** through **1.a.(5)**, no person is an insured for "bodily injury" or "personal and advertising injury":

      **(1)** To:

         **(a)** You and your spouse if the Named Insured is an individual;

         **(b)** Your members, your partners and their spouses if the Named Insured is a partnership or joint venture;

         **(c)** Your members if the Named Insured is a Limited Liability Company;

         **(d)** Your "executive officers" and directors if the Named Insured is other than a partnership, joint venture or limited liability company; or

         **(e)** Your trustees if the Named Insured is a trust.

      **(2)** To an "employee" of any insured while in the course of his or her employment or performing duties related to the conduct of any insured's business.

      **(3)** To any insured's "volunteer workers" while performing duties related to the conduct of any insured's business;

      **(4)** To the spouse, child, parent, brother or sister of any "employee" or "volunteer worker" as a consequence of Paragraphs **1.b.(2)** or **(3)**.

      **(5)** For which there is any obligation to share damages with or repay someone

else who must pay damages because of the injury described in Paragraphs **1.b.(1)**, **(2)** and **(3)**.

**(6)** Arising out of his or her providing or failing to provide professional health care services.

All other policy terms and conditions apply.

COMMERCIAL GENERAL LIABILITY
CG 01 44 10 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA CHANGES

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> ELECTRONIC DATA LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCT WITHDRAWAL COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The **Legal Action Against Us** Condition (Section **IV** - Conditions) is replaced by the following:

**Legal Action Against Us**

No person or organization has a right under the Coverage Part to join us as a party or otherwise bring us into a "suit" asking for damages from an insured.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

CG 01 44 10 11                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured. Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES
## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY
1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
      (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and
      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.
      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.
   b. This insurance applies to "bodily injury" and "property damage" only if:
      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and
(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.
   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.
   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:
      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;
      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or
      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.
   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above. However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if

you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the

premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other

wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another

and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement.  This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an in-demnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks dam-ages for which the insured has assumed the lia-bility of the indemnitee in a contract or agree-ment that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the de-fense of, that indemnitee, has also been as-sumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the inter-ests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to con-duct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any de-mands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coor-dinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemni-tee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supple-mentary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not re-duce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation ex-penses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the condi-tions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a busi-ness of which you are the sole owner.

**b.** A partnership or joint venture, you are an in-sured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their du-ties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "ex-ecutive officers" (if you are an organization other than a partnership, joint venture or limited lia-bility company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited lia-bility company), to a co-"employee" while in the course of his or her em-ployment or performing duties related to the conduct of your business, or to your other "volunteer workers" while perform-ing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volun-teer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

© Insurance Services Office, Inc., 2012

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

     **(1)** How, when and where the "occurrence" or offense took place;

     **(2)** The names and addresses of any injured persons and witnesses; and

     **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

     **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

     **(2)** Notify us as soon as practicable.

     You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

   **a. Primary Insurance**

   This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

   **b. Excess Insurance**

     **(1)** This insurance is excess over:

       **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

         **(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

         **(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

         **(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

         **(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

       **(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

     **(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

     **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

       **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-
insured amounts under all that other
insurance.

**(4)** We will share the remaining loss, if any, with
any other insurance that is not described in
this Excess Insurance provision and was not
bought specifically to apply in excess of the
Limits of Insurance shown in the Declara-
tions of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution
by equal shares, we will follow this method also.
Under this approach each insurer contributes
equal amounts until it has paid its applicable
limit of insurance or none of the loss remains,
whichever comes first.

If any of the other insurance does not permit
contribution by equal shares, we will contribute
by limits. Under this method, each insurer's
share is based on the ratio of its applicable limit
of insurance to the total applicable limits of
insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage
Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as ad-
vance premium is a deposit premium only. At
the close of each audit period we will compute
the earned premium for that period and send no-
tice to the first Named Insured. The due date
for audit and retrospective premiums is the date
shown as the due date on the bill. If the sum of
the advance and audit premiums paid for the
policy period is greater than the earned pre-
mium, we will return the excess to the first
Named Insured.

**c.** The first Named Insured must keep records of
the information we need for premium computa-
tion, and send us copies at such times as we
may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate
and complete;

**b.** Those statements are based upon representa-
tions you made to us; and

**c.** We have issued this policy in reliance upon your
representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and
any rights or duties specifically assigned in this Cov-
erage Part to the first Named Insured, this insurance
applies:

**a.** As if each Named Insured were the only Named
Insured; and

**b.** Separately to each insured against whom claim
is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others
To Us**

If the insured has rights to recover all or part of any
payment we have made under this Coverage Part,
those rights are transferred to us. The insured must
do nothing after loss to impair them. At our request,
the insured will bring "suit" or transfer those rights to
us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will
mail or deliver to the first Named Insured shown in
the Declarations written notice of the nonrenewal not
less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient
proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or
published to the general public or specific market
segments about your goods, products or services for
the purpose of attracting customers or supporters.
For the purposes of this definition:

**a.** Notices that are published include material
placed on the Internet or on similar electronic
means of communication; and

**b.** Regarding web sites, only that part of a web site
that is about your goods, products or services
for the purposes of attracting customers or sup-
porters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer de-
signed for travel on public roads, including any
attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a com-
pulsory or financial responsibility law or other
motor vehicle insurance law where it is licensed
or principally garaged.

However, "auto" does not include "mobile
equipment".

**3.** "Bodily injury" means bodily injury, sickness or dis-
ease sustained by a person, including death result-
ing from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its
territories and possessions), Puerto Rico and
Canada;

**b.** International waters or airspace, but only if the
injury or damage occurs in the course of travel
or transportation between any places included in
Paragraph **a.** above; or

**c.** All other parts of the world if the injury or
damage arises out of:

**(1)** Goods or products made or sold by you in
the territory described in Paragraph **a.**
above;

**(2)** The activities of a person whose home is in
the territory described in Paragraph **a.**

above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement. Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

     **(1)** Work or operations performed by you or on your behalf; and

     **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

     **(2)** The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information. This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability**:

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent that spread of the disease; or

**d.** Failure to report the disease to authorities.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability**:
This insurance does not apply to:
"Bodily injury" to:
**(1)** A person arising out of any:
  **(a)** Refusal to employ that person;
  **(b)** Termination of that person's employment; or
  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or
**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.
This exclusion applies:
**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;
**(2)** Whether the insured may be liable as an employer or in any other capacity; and
**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability**:
This insurance does not apply to:
"Personal and advertising injury" to:
**(1)** A person arising out of any:
  **(a)** Refusal to employ that person;
  **(b)** Termination of that person's employment; or
  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or
**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.
This exclusion applies:
**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;
**(2)** Whether the insured may be liable as an employer or in any other capacity; and
**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Agency Code 10-9080-00                                                                      Policy Number 154610-77323095

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

 **2. Exclusions**

 This insurance does not apply to:

 **Silica Or Silica-Related Dust**

 **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

 **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

 **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

 **2. Exclusions**

 This insurance does not apply to:

 **Silica Or Silica-Related Dust**

 **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

 **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

 **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

 **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

    © ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use

or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured. This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrong-doing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and ad-vertising injury" involved the ownership, mainte-nance, use or entrustment to others of any air-craft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

CG 21 09 06 15          © Insurance Services Office, Inc., 2014          Page 2 of 2

IL 02 32 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation.

After 60 days from the effective date of policy issuance a notice of cancellation may not be issued unless it is based upon at least one of the following reasons as stated in South Dakota law:

**(a)** Nonpayment of premium;

**(b)** Discovery of fraud or material misrepresentation made by or with the knowledge of the Named Insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(c)** Discovery of acts or omissions on the part of the Named Insured which increase any hazard insured against;

**(d)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued;

**(e)** A violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(f)** A determination by the director of insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of South Dakota;

**(g)** Your violation or breach of any policy terms or conditions; or

**(h)** Such other reasons as are approved by the director of insurance.

**B.** The following condition is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal not less than 60 days before:

**a.** The expiration date; or

**b.** The anniversary date if this is a continuous policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

IL 02 32 09 08                    © ISO Properties, Inc., 2007                    Page 1 of 1

IL 02 32 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation.

After 60 days from the effective date of policy issuance a notice of cancellation may not be issued unless it is based upon at least one of the following reasons as stated in South Dakota law:

**(a)** Nonpayment of premium;

**(b)** Discovery of fraud or material misrepresentation made by or with the knowledge of the Named Insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(c)** Discovery of acts or omissions on the part of the Named Insured which increase any hazard insured against;

**(d)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued;

**(e)** A violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(f)** A determination by the director of insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of South Dakota;

**(g)** Your violation or breach of any policy terms or conditions; or

**(h)** Such other reasons as are approved by the director of insurance.

**B.** The following condition is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal not less than 60 days before:

**a.** The expiration date; or

**b.** The anniversary date if this is a continuous policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

IL 02 32 09 08                    © ISO Properties, Inc., 2007                    Page 1 of 1

16463 (2-08)

**South Dakota**
# AMENDMENT OF APPRAISAL CONDITIONS
### Commercial Inland Marine

It is agreed:

Under SPECIAL CONDITIONS of COMMERCIAL INLAND MARINE CONDITIONS, APPRAISAL is deleted.

All other policy terms and conditions apply.

16463 (2-08)                                                                                           Page 1 of 1

---

16727 (10-11)

**South Dakota**
# SUIT AGAINST US AMENDATORY ENDORSEMENT
### Commercial Inland Marine

It is agreed:

**COMMERCIAL INLAND MARINE CONDITIONS** is amended as follows.
SUIT AGAINST US is deleted and replaced by the following condition.
SUIT AGAINST US Suit must be brought within six years after you first know of the loss or damage.

All other policy terms and conditions apply.

16727 (10-11)                                                                                          Page 1 of 1

Agency Code 10-0080-00     Policy Number 154610-77323095

16859 (7-19)

# ACTUAL CASH VALUE AND DEPRECIATION
**Commercial Inland Marine**

It is agreed:

Wherever it appears in this policy and any endorsement attached to this policy:

1. Actual cash value means the cost to repair or replace lost or damaged property with property of similar quality and features reduced by the amount of depreciation applicable to the lost or damaged property immediately prior to the loss.
2. Depreciation means a decrease in value because of age, wear, obsolescence or market value and includes:
   a. The cost of materials, labor and services;
   b. Any applicable taxes; and
   c. Profit and overhead

   necessary to repair, replace or rebuild lost or damaged property.

The meaning of actual cash value and depreciation in this endorsement supersedes any provision in this policy and any endorsement attached to this policy to the contrary.

All other policy terms and conditions apply.

16859 (7-19)

16080 (7-13)

# COMMERCIAL INLAND MARINE CONDITIONS

**INSURING AGREEMENT**
We agree to provide insurance subject to all the terms of this coverage part.  In return, you must pay the premium and comply with all the terms of this policy or coverage part.  This insurance applies to loss which occurs during the policy term shown in the Declarations.  The coverages provided, the limits of our liability and the premiums are also shown in the Declarations.

**DEFINITIONS**
To understand this coverage part, you must understand what we mean when we use these words:
1.  **You** and **your** mean the insured named in the Declarations.
2.  **We**, **us** and **our** mean the Company providing this insurance.

**WHAT TO DO IN CASE OF LOSS**
1.  **NOTICE**  In case of a loss, you must:
    a.  Give us or our agent prompt notice including a description of the property involved (we may request written notice); and
    b.  Give notice to the police when the act that causes the loss is a crime.
2.  **YOU MUST PROTECT PROPERTY**  You must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.
    a.  **Payment Of Reasonable Costs**  We do pay the reasonable costs incurred by you for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property.  You must keep an accurate record of such costs.  Our payment of reasonable costs does not increase the limit of insurance provided for covered property.
    b.  **We Do Not Pay**  We do not pay for such repairs or emergency measures performed on property that has not been damaged by a peril insured against.
3.  **DAMAGED PROPERTY**
    a.  You must exhibit the damaged and undamaged property as often as we reasonably request and allow us to inspect or take samples of the property.
    b.  Make a list of all damaged and destroyed property, showing in detail quantities, costs, actual cash value and amount of loss claimed.

4.  **PROOF OF LOSS**  You must send us, within 60 days after our request, a signed, sworn proof of loss.  This must include the following information:
    a.  The time, place and circumstances of the loss;
    b.  Other policies of insurance that may cover the loss;
    c.  Your interest and the interests of all others in the property involved, including all mortgages and liens;
    d.  Changes in title of the covered property during the policy period; and
    e.  Estimates, specifications, inventories and other reasonable information that we may require to settle the loss.
5.  **EXAMINATION**  You must submit to examination under oath in matters connected with the loss as often as we reasonably request and give us sworn statements of the answers.  If more than one person is examined, we have the right to examine and receive statements separately and not in the presence of others.
6.  **RECORDS**
    a.  You must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss and expense and permit copies and extracts to be made of them as often as we reasonably request.
    b.  Produce for examination, with permission to copy, all books of account, bills, invoices, receipts and other vouchers as we may reasonably required.
7.  **VOLUNTEER PAYMENTS**  You must not, except at your own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

**SPECIAL CONDITIONS**
The following conditions apply unless otherwise stated in a specific coverage form attached to this Commercial Inland Marine policy or this Commercial Inland Marine coverage part.
**ABANDONMENT**  You may not abandon the property to us without our written consent.
**APPRAISAL**
If you and we do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand.  The two appraisers will then select a competent, impartial umpire.  If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to us, the amount agreed upon will be the amount of the loss.  If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire.  Written agreement so itemized and signed by any two of these three, sets the amount of the loss.  Each appraiser will be paid by the party selecting that appraiser.  Other expenses of the appraisal and the compensation of the umpire will be paid equally by you and us.

**ASSIGNMENT**  This provision applies only if the named insured is an individual.

**a.**  **Your Death** - On your death, we cover the following as an insured:

   **(1)**  The person who has custody of your property until a legal representative is qualified and appointed; or

   **(2)**  Your legal representative.

   This person or organization is an insured only with respect to property covered by this coverage.

**b.**  **Policy Term Is Not Extended**  This coverage does not extend past the policy term shown in the Declarations.

**CONCEALMENT, MISREPRESENTATION OR FRAUD**
This coverage is void as to you and any other insured if, before or after a loss:

**a.**  You or any other insured have willfully concealed or misrepresented:

   **(1)**  A material fact or circumstance that relates to this insurance or the subject thereof; or

   **(2)**  Your interest herein.

**b.**  There has been fraud or false swearing by you or any other insured with regard to a matter that relates to this insurance or the subject thereof.

**COOPERATION**  You must cooperate with us in performing all acts required by this policy.

**DEDUCTIBLE**  We pay only that part of your loss over the deductible amount shown in the Declarations in any one occurrence.

**INSURABLE INTEREST**  We do not cover more than your insurable interest in any property.

**LOSS CLAUSE**  Except as shown under **Limited Fungi Coverage**, if provided, the amount of insurance under this policy will not be reduced except for total loss of a scheduled item.  Any unearned premium that applies to such item will be refunded.

**NO BENEFIT TO BAILEE**  Insurance under this coverage will not directly or indirectly benefit anyone having custody of your property.

**OTHER INSURANCE**

**a.**  **Proportional Share**  You may have another policy subject to the same terms as this policy.  If you do, we will pay your share of the covered loss.  Our share is the proportion that the applicable limit under this policy bears to the limit of all policies covering on the same basis.

**b.**  **Excess Amount**  If there is another policy covering the same loss, other than that described above, we pay only for the amount of covered loss in excess of the amount due from that other policy, whether you can collect on it or not.  However, we do not pay more than the applicable limit.

**OUR PAYMENT OF LOSS**

**a.**  **Adjustment And Payment Of Loss**  We adjust all losses with you.  Payment will be made to you unless another loss payee is named in the policy.

**b.**  **Conditions For Payment Of Loss**  An insured loss will be payable 30 days after:

   **(1)**  A satisfactory proof of loss is received; and

   **(2)**  The amount of the loss has been established either by written agreement with you or the filing of an appraisal award with us.

**OUR RIGHT TO RECOVER PAYMENT**  If we pay for a loss, we may require you to assign to us your right of recovery against others.  You must do all that is necessary to secure our rights.  We do not pay for a loss if you impair this right to recover.  You may waive your right to recover from others in writing before a loss occurs.

**PAIR OR SET**  The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set.  The loss is not considered a total loss of the pair or set.

**PARTS**  The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**POLICY TERM**  We pay for a covered loss that occurs during the policy term.

**RECOVERIES**  If we pay you for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.**  You must notify us promptly if you recover property or receive payment;

**b.**  We must notify you promptly if we recover property or receive payment;

c. Any recovery expenses incurred by either are re-imbursed first;

d. You may keep the recovered property but you must refund to us the amount of the claim paid or any lesser amount to which we agree; and

e. If the claim paid is less than the agreed loss because of a deductible or other limiting terms of this policy, any recovery will be prorated between you and us based on our respective interest in the loss.

**RIGHT TO ADJUST LOSS WITH OWNER**

a. **Adjustment And Payment Of Loss To Property Of Others**  Losses to property of others may be adjusted with and paid to:

   (1) You on behalf of the owner; or
   (2) The owner.

b. **We Do Not Have To Pay You If We Pay The Owner**  If we pay the owner, we do not have to pay you.  We may also choose to defend any suits brought by the owners at our expense.

**SUIT AGAINST US**  No one may bring a legal action against us under this coverage unless:

a. All of the terms of this coverage have been complied with; and

b. The suit has been brought within two years after you first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

**VALUATION**  We will not pay more than the least of:

a. The actual cash value of the damaged property at the time any loss or damage occurs.  Actual cash value may include a deduction for depreciation;

b. The cost to repair or replace the damaged property with like kind or quality; or

c. The amount of insurance stated for the class of property shown in the Declarations.

**WHEN TWO OR MORE COVERAGES APPLY**

If more than one coverage of this policy insures the same loss, we pay no more than the actual claim, loss or damage sustained.

Agency Code 19-9080-00                                    Policy Number 154610-77323095

16082 (12-02)

# INSTALLATION FORM

## COVERAGE

**1.  Covered Property**

    **a.**  We cover the property described for this coverage in the Declarations which is:

        **(1)**  owned by you; or
        **(2)**  for which you are legally liable.

    **b.**  Coverage applies to the property:

        **(1)**  while it is in transit;
        **(2)**  after arrival on the premises of installation;
        **(3)**  while waiting for and during installation; and
        **(4)**  until it is completely installed and accepted by the purchaser or until your interest in it ceases, whichever occurs first.

**2.  Property Not Covered**

    We do not cover tools or equipment owned or used by an insured person.

## PERILS WE INSURE AGAINST

We cover accidental direct physical loss or damage to covered property, except for losses excluded in this form.

## EXCLUSIONS

We do not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

**1.**  Seizure or destruction of property by order of governmental authority.  We will pay for such acts of destruction taken at the time of a fire to prevent its spread if the fire would otherwise be covered under this form.

**2.**  Nuclear reaction, radiation, radioactive contamination, discharge of a nuclear weapon, however caused and whether controlled or uncontrolled, or any consequence of any of these.  We will cover direct loss resulting from fire if caused by any of these, if fire is covered elsewhere in this form.

**3.**  War (declared or undeclared), civil war, insurrection, rebellion or revolution.

**4.**  Wear and tear; inherent vice; hidden or latent defect; gradual deterioration; mechanical break down; insects, vermin, rodents; corrosion, rust; dampness or extreme temperature.

**5.**  Artificially generated electrical currents to electrical appliances and devices including wiring.  We will pay if fire ensues but only for the loss or damage caused directly by such fire.

**6.**  Error, omission or deficiency in design, specifications, workmanship or materials.  We also do not cover direct or indirect expenses resulting from any of these.

**LIMITS OF LIABILITY**

We shall not be liable for more than the limits shown in the Declarations under Installation.

**DEDUCTIBLE**

We shall not pay any loss until the amount of covered loss exceeds any applicable deductible whether shown in the Declarations, this policy or any attached form.  We shall then pay the amount of loss in excess of such deductible not to exceed the applicable limit of insurance.

**ADDITIONAL CONDITION**

**Territory**

This coverage applies only in the continental United States and Canada.

16082 (12-02)    Page 2 of 2

Agency Code 19-0080-00                                                    Policy Number #154610-77323095

16381 (7-08)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Applicability Of This Endorsement**

1. The provisions of this endorsement will apply if and when one of the following situations occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or

   b. The Program is renewed, extended or otherwise continued in effect:

      (1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and

      (2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.

2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide the revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.
"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

16381 (7-08)          Copyright ISO Properties, Inc., 2004                    Page 1 of 2

a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

59350 (1-15)

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
# AND
# IMPORTANT INFORMATION REGARDING TERRORISM RISK
# INSURANCE COVERAGE

It is agreed:

1. With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

2. Certified act of terrorism means any act certified by the Secretary of the Treasury, in consultation with:

   a. the Secretary of Homeland Security; and
   b. the Attorney General of the United States

   to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

3. Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

   a. if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

   b. (1) if the act of terrorism is:

      a) a violent act; or

      b) an act that is dangerous to human life, property or infrastructure; and

      (2) if the act is committed:

      a) by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

      b) to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. However, beginning January 1, 2016 the share will decrease 1% per calendar year until it equals 80%. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2020 unless extended.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.

IL 00 17 11 85

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation.  The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.  This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATIONS OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged.  We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

    Copyright, Insurance Services Office, 1982, 1983

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE  COVERAGE PART
COMMERCIAL GENERAL  LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located

within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material",  and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 00 21 07 02                Copyright, Insurance Services Office, Inc., 1983, 1984                **Page 2 of 2**

STATE OF SOUTH DAKOTA :                    IN CIRCUIT COURT
                              SS
COUNTY OF LINCOLN          :               SECOND JUDICIAL CIRCUIT

| | |
|---|---|
| DIANNE K. HUISKEN TRUST,<br><br>      Plaintiff,<br><br>vs.<br><br>TOM KVARNES and TK HOMES, INC.,<br><br>      Defendants. | 41 CIV. 22-____<br><br><br>**COMPLAINT** |

Plaintiff, Dianne K. Huisken Trust ("Huisken Trust"), for its complaint against Defendants, states and alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     The Huisken Trust was formed pursuant to SDCL Title 55.

2.     Kurt D. Huisken is a trustee of the Huisken Trust.

3.     Dianne K. Huisken is a trustee of the Huisken Trust.

4.     Trustees Kurt D. Huisken and Dianne K. Huisken reside in Lincoln County, South Dakota.

5.     Upon information and belief, Defendant TK Homes, Inc. ("TK Homes") is a South Dakota corporation with its principal office located at 5015 S. Ash Grove Avenue, Sioux Falls, Lincoln County, South Dakota, 57108.

6.     Upon information and belief, Thomas A. Kvarnes ("Kvarnes") is the President of TK Homes, listing an address of 5015 S. Ash Grove Avenue, Sioux Falls,

**EXHIBIT**

**B**

Lincoln County, South Dakota, 57108.

     7.     This Court has personal jurisdiction over the Defendants in that they are residents of the State of South Dakota and/or have transacted business within the State of South Dakota.

     8.     Venue is proper in Lincoln County pursuant to SDCL § 15-5-1 in that the real property subject to this action is located in Lincoln County.

**GENERAL ALLEGATIONS**

     9.     Paragraphs 1-7 are realleged and incorporated herein by reference.

     10.     Upon information and belief, Defendants constructed a speculative residential structure ("Spec Home") on Lot 36, Block 1 of the Heather Ridge II Addition, Sioux Falls, Lincoln County, South Dakota in 2013.

     11.     Such Spec Home was assigned the address of 1437 W. Waterstone Drive, Sioux Falls, South Dakota.

     12.     On January 7, 2015, the Huisken Trust entered into a purchase agreement with Defendant TK Homes for the purchase of Lot 36, Block 1 Heather Ridge II Addition, Sioux Falls, Lincoln County, South Dakota, also known as 1437 W. Waterstone Drive ("Huisken Property"). A true and correct copy of such purchase agreement is attached hereto as Exhibit A.

     13.     Upon information and belief, Kurt and Dianne Huisken were the first occupants of the Spec Home built by Defendants.

     14.     The Huisken Property directly abuts approximately 145,186 square feet of drainage area maintained by the City of Sioux Falls ("City") which is part and parcel of a

2

larger drainage area for diffuse surface water within the southwest quadrant of residential development north of W. 85th Street, between S. Western Avenue and South Dakota Highway 115.



15.    Upon information and belief, this drainage area was also designed to accommodate diffuse surface water from residential development to the east of the Huisken property.

16.    After Trustees Kurt Huisken and Dianne Huisken moved into the Huisken Property, there were multiple years and instances in which diffuse surface water came within inches of flooding the home.

17.    In 2021, the situation was at its worst, as the drainage area was inundated by diffuse surface water, and as a result, the Huisken Property was surrounding by water.

3



18.    Understandably concerned with such circumstances, Trustee Kurt Huisken engaged in correspondence with the appropriate City officials in an effort to mitigate the negative impact of drainage on the Huisken Property as well as that upon his neighbors.

19.    As a result of this effort, through his communications with City officials, Trustee Kurt Huisken first learned that the Huisken Property may have been built one to two feet lower than the level called for in the plans and specifications applicable to its initial construction.

20.    City officials advised Trustee Kurt Huisken that a survey had been done relative to the Huisken Property, and it appeared that the structure was built one to two feet below the Minimum Grade Elevation approved on the building permit application.

21.    In April of 2022, Trustee Kurt Huisken commissioned a survey of the Huisken Property to determine the "as built" elevations of the premises.

22.    As a result of such survey, Trustee Kurt Huisken confirmed that the Huisken Property had not been built in accordance with the plans and specifications

4

applicable to its initial construction.

23.     Thereafter, Trustee Kurt Huisken made several attempts through text messages and phone calls to address the construction defects with Defendants, who in turn were unresponsive to Trustee Kurt Huisken's efforts.

24.     As a result of Defendants' unresponsiveness to Trustee Kurt Huisken's efforts, Plaintiff served TK Homes with Notice of Residential Construction Defect ("Notice") pursuant to SDCL 21-1-16 on July 26, 2022, a true and correct copy of which is attached hereto as Exhibit B.

25.     To date, Defendants have not requested an opportunity to inspect the construction defects as described in the Notice.

26.     To date, Defendants have not served upon Plaintiff a written offer to repair the construction defect or compensate Plaintiff by monetary payment as provided by SDCL 21-1-16.

27.     More than thirty days has elapsed since Plaintiff has served Notice upon Defendants.

## NEGLIGENT CONSTRUCTION/DEFECTIVE WORKMANSHIP

28.     Plaintiff adopts and hereby reasserts paragraphs 1-22 as if specifically set forth herein and further alleges:

29.     Defendants possessed a duty to construct the Huisken Property in a manner consistent with plans and specifications applicable to its initial construction.

30.     Defendants breached such duty by failing to construct the Huisken Property in accordance with the plans and specifications applicable to its initial construction.

31.     Defendants built the Huisken Property in a defective, non-workmanlike manner by failing to construct the Huisken Property in accordance with the plans and specifications applicable to its initial construction.

32.     Plaintiff was entitled to a property built in accordance with plans and specifications applicable to its initial construction.

33.     Due to Defendants negligence and defective, faulty workmanship, the Huisken Property was built at a level below the level set forth in the plans and specifications applicable to its initial construction.

34.     As a result of such negligence and defective, faulty workmanship, the Huisken Property stands exposed to inundation by diffuse surface water to an extent it would not have been had Defendants built the Huisken Property in accordance with plans and specifications applicable to its initial construction.

35.     Consequently, Plaintiff has suffered damages in an amount to be determined at trial, but no less than the cost of correcting those issues created by Defendants negligence and defective, faulty workmanship and restoring the Huisken Property to the extent it is built in accordance with the plans and specifications applicable to its initial construction.

### RESERVATION OF RIGHTS

Plaintiff reserves the right to amend the Complaint upon Order of the Court to add any other appropriate claims and/or parties as additional facts are obtained through investigation and discovery.

6

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment and relief as follows:

1.    For judgment jointly and severally against Defendant Kvarnes and

Defendant TK Homes for Negligent Construction and Defective Workmanship.

2.    For an award of compensatory damages.

3.    For an award of Plaintiff's costs and disbursements.

4.    For such other and further relief as the Court deems just and equitable.

Dated at Sioux Falls, South Dakota, this 29th day of September, 2022.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Michael F. Nadolski
Attorneys for Plaintiff
110 N. Minnesota Avenue, Suite 400
Sioux Falls, SD  57104
605-332-5999
mnadolski@lynnjackson.com

7

**VERIFICATION OF COMPLAINT**

STATE OF SOUTH DAKOTA    )
                                                    :ss
COUNTY OF LINCOLN          )

     Kurt D. Huisken, being first duly sworn on oath, deposes and states that he is a trustee of the Dianne K. Huisken Trust, the above-named Plaintiff, and that he has read the attached Verified Complaint, knows the contents thereof, and that the same are true of his own knowledge, except as to matters therein stated on information and belief, and as to those matters, he believes them to be true.

_____
Kurt D. Huisken,
Trustee of the Dianne K. Huisken Trust

Subscribed to and sworn before me on this _29_ day of September, 2022.

Rebekah M. Mattern
NOTARY PUBLIC
(SEAL) SOUTH DAKOTA

_____
Notary Public – South Dakota
My commission expires: _8-12-25_

STATE OF SOUTH DAKOTA    )
                                                    :ss
COUNTY OF LINCOLN          )

     Dianne K. Huisken, being first duly sworn on oath, deposes and states that she is a trustee of the Dianne K. Huisken Trust, the above-named Plaintiff, and that she has read the attached Verified Complaint, knows the contents thereof, and that the same are true of her own knowledge, except as to matters therein stated on information and belief, and as to those matters, she believes them to be true.

_____
Dianne K. Huisken,
Trustee of the Dianne K. Huisken Trust

Subscribed to and sworn before me on this _29_ day of September, 2022.

Rebekah M. Mattern
NOTARY PUBLIC
(SEAL) SOUTH DAKOTA

_____
Notary Public – South Dakota
My commission expires: _8-12-25_

8

# PURCHASE AGREEMENT (COMMERCIAL)

(This is a legally binding contract between Purchaser(s) and Seller(s).  If you do not understand it, seek legal advice.)

---

### Agency Confirmation

Seller(s) Agent: Loyal Messerschmidt          Purchaser(s) Agent: Kent D. Huisken

Seller(s) Company: Ameristar Real Estate, Inc.          Purchaser(s) Company: Harr-Lemme Real Estate, Inc.

| Seller (s) Initial As Appropriate: | Purchaser (s) Initial As Appropriate |
|---|---|
| TK / ___ Is the agent of the Seller(s) exclusively | DH / KH Is the agent of the Seller(s) exclusively |
| ___ / ___ Is the agent of the Purchaser(s) exclusively | DH / KH Is the agent of the Purchaser(s) exclusively |
| ___ / ___ Is the limited agent of the Purchaser(s) & Seller(s) | ___ / ___ Is the limited agent of the Purchaser(s) & Seller(s) |
| ___ / ___ Is the appointed agent of the Seller(s) | ___ / ___ Is the appointed agent of the Purchaser(s) |

**1.   PARTIES TO CONTRACT:**
Purchaser(s): Dianne Huisken Trust ~ Dianne K Huisken and Kurt D. Huisken, as Trustees of the Dianne
Seller(s): TK Homes          K. Huisken Trust dated February 12, 1998. KH   TK   DH

**2.   PROPERTY DESCRIPTION:**
This contract concerns the property (henceforth "Property") legally described as: Lot 36, Block 1, Heather Ridge II Addn,
Sioux Falls, Lincoln County, South Dakota

Parcel: 280.99.01.036          City: Sioux Falls          County: Lincoln
State: SD      Zip 57108  . Also known as: 1437 W Waterstone Dr

**3.   EARNEST MONEY DEPOSIT:**
Earnest Money in the amount of ($ 5,000.00 ) Five Thousand and no          DOLLARS Cash ☐  Check ☑
____✓__ Is attached and to be deposited the next legal banking day after acceptance of this offer.
_____ Is to be delivered to the Seller(s) Agent upon acceptance of offer and to be deposited the next legal banking day.
Other earnest money provisions: None
First Dakota Title          shall deposit and hold all earnest money, deposits, and all other papers associated
with this transaction until sale is closed, save and except such papers as Purchaser is entitled to maintain as confidential.  If an
accepted offer and agreement to purchase does not close, regardless of the circumstances, both Purchaser(s) and Seller(s) must
agree in writing prior to release of earnest money or in the alternative, pursuant to court order in accordance with SDCL 36-21A-81.

**4.   PURCHASE PRICE:**
The total purchase price is to be ($ 677,500.00          ) Six Hundred Seventy Seven Thousnd Five Hundred and no
          DOLLARS
After earnest money herein is credited, the remaining balance is to be paid at closing.

**5.   CONTINGENCIES FOR FINANCING AND APPRAISAL:**
This offer  NOT          contingent upon the Purchaser(s) obtaining financing.  This offer  NOT          subject to the property
appraising for at least the purchase price.

INITIALS  Purchaser DH  Purchaser KH  | Seller TK  Seller_____

EXHIBIT
A

Purchase Contract, Page 1 of 3

Property Address: 1437 W Waterstone Dr

**6.  Due Diligence:**
Purchaser shall have access to the property to complete inspections deemed necessary by Purchaser or Purchasers lender including mechanical, structural, electrical or hazardous conditions.  Additional due diligence items may be attached hereto as an addendum. Inspections to be completed by See Item #14.

**7.  SURVEY:**
Purchaser(s) acknowledge(s) that it has been recommended that a survey be obtained on the property.  Confirmation of boundaries will be determined by:  Mortgage Inspection Survey_____ Staked Survey_____ ALTA Survey_____.  Purchaser(s) waives survey __✓__.  Survey to be paid for as follows:  Purchaser(s)_____ Seller(s)_____.

**8.  ASSESSMENTS:**
Any assessments levied against this property or which will be levied against it for improvements completed but not yet entered on the books of the local assessing authority will be paid by the Seller(s).

**9.  PRORATIONS:**
Rents and owners association fees are to be prorated to  date of closing, if any _____.

**10.  TAXES:**
The Seller(s) agrees to pay all real estate taxes of record due and payable the year of closing.  Real estate taxes assessed this year and due and payable next year shall be prorated to date of closing; the amount to be computed on the basis of taxes due and payable the year of closing.  New construction tax proration shall be based on assessed value at the time of closing.

**11.  TITLE:**
Seller(s) will furnish good and sufficient marketable fee simple title free of all encumbrances, unless otherwise agreed herein. Seller(s) agrees to execute and deliver a good and sufficient Warranty Deed and pay for the applicable State Transfer Tax required for said deed, subject to conditions, zoning, covenants, restrictions and easements of record, if any, which do not interfere with or restrict the existing use of the property.  Owners Title Insurance Policy in the amount of the purchase price will be paid as follows: Purchaser(s) 50% __ Seller(s) 50% __.

**12.  CLOSING/POSSESSION:**
Closing date shall be on or before  at Seller's discretion _____  with possession to be given at time of closing.  Seller(s) agrees to maintain the property in a condition comparable to its present conditions and agrees that Purchaser(s) shall have the opportunity for a personal inspection before closing.  Seller(s) agrees to maintain all existing insurance coverage on property until time of closing. Closing/Settlement Fee or Title Services Fee shall be paid as follows: Purchaser(s) 50% _____  Seller(s) 50% _____.

**13.  PERSONAL PROPERTY:**
The following items of personal property, free of liens and without warranty of conditions, shall be transferred to Purchaser(s) everything that is currently in the house; appliances, stereo equipment, bench in garage (excluding the pickup)

**14.  OTHER PROVISIONS:**
The Purchaser would like to meet the builder to understand construction of the home, discuss a hump in the lower level and sloping tile in the lower level, and outside patio flatwork as well as general understanding of mechanical systems, punchlist, and warranty information.  This offer is contingent on Purchaser's satisfaction of above meeting.
Note that Purchase is related to the Buyer's Agent  KH  A.R.  DH
**15.  INFORMATION DISCLOSURE:** Property information is deemed reliable but not guaranteed.
A representation of the square footage is only an approximation of the number of square feet of the property and/or its building(s).

INITIALS  Purchaser DH   Purchaser KH   Seller JK   Seller _____

Purchase Contract, Page 2 of 3

Property Address: 1437 W Waterstone Dr

16.   TIME IS OF THE ESSENCE OF THIS CONTRACT.

17.   ENTIRE AGREEMENT:
This Purchase Agreement, any attached exhibits and any addenda or amendments signed by the parties shall constitute the entire agreement between Purchaser(s) and Seller(s) and supersedes any other written or oral agreements between Purchaser(s) and Seller(s).  This Purchase Agreement can be modified only in writing signed by the Purchaser(s) and Seller(s).

18.   OFFER TO PURCHASE:
This constitutes an offer to purchase the described property.  Purchaser(s) and or purchaser's agent shall receive immediate notification after Seller's acceptance and a signed copy hereof as soon as practical.  Purchaser(s) hereby acknowledges a receipt of a copy of this Agreement.

Dated this _7th_____ day of _January_____, 20_15__ at _12:00_____ A.M./P.M.
This agreement is void if not accepted by Seller(s) by the _8th_____ day of _January_____ , 20_15__ at _12:00__ A.M./P.M.

PURCHASER _Dianne K Hunter____   PURCHASER _K Hunter_____

Dated this _1K__ day of _1 7_____ 20_15_ at _4:30_ A.M./P.M. the forgoing offer is:

SELLER(S) INITIALS ACCEPTED_1K /_____ REJECTED_____/_____ COUNTERED_____/_____

SELLER _Tom Price_____   SELLER _____

Purchase Contract, Page 3 of 3



# LYNN JACKSON
## ATTORNEYS

110 N. Minnesota Ave., Suite 400
Sioux Falls, SD 57104
Phone (605) 332-5999 · Fax (605) 332-4249

909 Saint Joseph Street, Suite 800
Rapid City, SD 57701
Phone (605) 342-2592 · Fax (605) 342-5185

311 N. 27th Street, Suite 4
Spearfish, SD 57783
Phone (605) 722-9000 · Fax (605) 722-9001

REPLY TO: Sioux Falls Office
*From the offices of Michael F. Nadolski*
*e-mail address: mnadolski@lynnjackson.com*

July 26, 2022

TK Homes, Inc.
c/o Thomas A. Kvernes, Registered Agent
5015 S. Ash Grove
Sioux Falls, SD 57108

Re:    **Notice of Residential Construction Defect (SDCL § 21-1-16)**
       **1437 West Waterstone Drive, Sioux Falls, South Dakota**

Dear Mr. Kvernes:

Please be advised that our firm represents Mr. Kurt Huisken. Mr. Huisken is the fee owner of 1437 West Waterstone Drive, Sioux Falls, South Dakota. In accordance with SDCL § 21-1-16, this letter is intended as **Notice of Residential Construction Defect** at 1437 West Waterstone Drive, Sioux Falls, South Dakota. The construction defect at 1437 West Waterstone Drive results from the structure being constructed 1-2 feet lower than what was required in development plans at the time of construction, making it susceptible to drainage issues. A true and correct copy of a recent survey regarding this issue is attached to this letter as Exhibit A. On several occasions, water has come within inches of flooding the lower level of Mr. Huisken's home, as shown on the photo attached hereto as Exhibit B.

Should you wish to inspect the construction defect as provided by SDCL § 21-1-16, please contact me directly to make those arrangements.

Sincerely,

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

Michael F. Nadolski

MFN:rmm
Enclosure

cc:    Client

**EXHIBIT**
**B**

Lynn, Jackson, Shultz & Lebrun, P.C.



DATE OF SURVEY
4/18/2022

**OWNER/ADDRESS:**
KURT HUISKEN
1437 W. WATERSTONE DR.
SIOUX FALLS, SD

**SURVEYOR'S NOTE:**
THE PURPOSE OF AN IMPROVEMENT LOCATION EXHIBIT IS TO PROVIDE A REPRESENTATION OF THE INFORMATION GATHERED AT THE TIME OF THE INSPECTION. IT IS BASED ON EXISTING BUT NOT CONFIRMED BOUNDARY EVIDENCE AND IS SUBJECT TO ANY INACCURACIES THAT A BOUNDARY SURVEY MIGHT REVEAL. NO PROPERTY CORNERS WILL BE SET AND NO WARRANTY AS TO THE LOCATION OF THE TRUE BOUNDARY OF THE SUBJECT PROPERTY IS EXTENDED TO THE PRESENT OR FUTURE OWNERS OR OCCUPANTS.

**LEGAL DESCRIPTION:**
LOT 36 IN BLOCK 1 OF HEATHER RIDGE II ADDITION TO THE CITY OF SIOUX FALLS, LINCOLN COUNTY, SOUTH DAKOTA.

**NOTES**
1. THIS SURVEY WAS PERFORMED FOR MORTGAGE PURPOSES ONLY AND IS NOT A COMPLETE BOUNDARY SURVEY OF THE SUBJECT PROPERTY.
2. BUILDING AND SITE IMPROVEMENT SETBACK VIOLATIONS ARE NOT VERIFIED OR NOTED AS AN ENCROACHMENT.
3. BUILDING AND SETBACK DIMENSIONS SHOWN ARE APPROXIMATE AND SHALL NOT BE USED FOR CONSTRUCTION PURPOSES.
4. THE RESEARCH OF EXISTING EASEMENTS OF RECORD WAS NOT PERFORMED.
5. THE DEEDED LEGAL DESCRIPTION WAS SURVEYED, JUNIOR & SENIOR RIGHTS OF ADJACENT OWNERS WAS NOT RESEARCHED.
6. DRAWING SHOWN ABOVE ARE THE CONDITIONS AS OF THE DATE OF SURVEY.

**SURVEYOR'S CERTIFICATE** I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I HAVE PERFORMED A MORTGAGE INSPECTION ON THE ABOVE DESCRIBED PROPERTY AND THAT I AM A REGISTERED LAND SURVEYOR UNDER THE LAWS OF THE STATE OF SOUTH DAKOTA.

PAUL A. SANDMAN REG. NO. 8145

SCALE: 1"=30'

FOUND IRON PIN ○
SET SAGE PIN ●
PREVIOUSLY PLATTED
DIMENSION (R)

| | |
|---|---|
| DRAWN BY | JEB |
| APPROVED BY | PAS |
| DATE | 04/21/2022 |
| PROJECT NUMBER | 22-246 |
| SHEET | 1-1 |

**PREPARED BY:**
midwest
Land Surveying, Inc.
Land Surveying and GPS Consulting
211 S. 14th Street Suite 100
Sioux Falls, South Dakota 57104
Phone: (605) 339-0601 FAX:(605) 274-0081

REGISTERED LAND SURVEYOR
REG. NO. 8145
PAUL A. SANDMAN
SOUTH DAKOTA
4-26-22

EXHIBIT
A



HEATHER RIDGE II
PHASE 1

GRADING PLAN
SOUTH SECTION

