UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | * | 4:23-cv-04017-LLP |
| Plaintiff, | * | |
| -vs- | * | **STIPULATION FOR DISMISSAL** |
| TK HOMES, INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    COME NOW the parties involved in the above-entitled action and, pursuant to F.R.C.P. 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, without prejudice. Furthermore, the parties agree that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action to date.

    Dated this 21st day of February, 2023.

                                           RICHARDSON, WYLY, WISE, SAUCK
                                             & HIEB, LLP

                                           By_____
                                                 Attorneys for Plaintiff

                                      Ryan S. Vogel
                                      One Court Street
                                      Post Office Box 1030
                                      Aberdeen, SD  57402-1030
                                      Telephone No. (605)225-6310
                                      Email:  rvogel@rwwsh.com

{00625578.DOCX / 1}

Dated this 21st day of February, 2023.

        EVANS, HAIGH & ARNDT, LLP

By_____
        Attorneys for Defendant

Mark J. Arndt
Ryan W.W. Redd
225 East 11th Street, Suite 201
PO Box 2790
Sioux Falls, SD 57101-9602
Telephone No. (605)275-9599
Email:  marndt@ehalawyers.com
         rredd@ehalawyers.com